# UNITED STATES DISTRICT COURT
### for the
### District of South Dakota
### Western Division

| | |
|---|---|
| United States of America<br>v.<br><br>BRITTANY BABIUK<br><br>*Defendant* | Case No. 5:18-mj- 102 |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  **Brittany Babiuk**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ' Superseding Indictment    ' Information    ' Superseding Information    ✓ Complaint
☐ Probation Violation Petition    ' Supervised Release Violation Petition    ' Violation Notice    ' Order of the Court

This offense is briefly described as follows:

On or about [date], 2017, near [town], in the District of South Dakota, the defendant, [name], [offense conduct], all in violation of .

Date: 8-3-18

_____
Issuing officer's signature

City and state: Rapid City, SD

Daneta Wollmann, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title