# UNITED STATES DISTRICT COURT
for the
District of South Dakota
Western Division

| | | |
|---|---|---|
| United States of America | ) | Case No. 5:18-mj- 102 |
| v. | ) | |
| | ) | |
| BRITTANY BABIUK | ) | |
| | ) | |
| *Defendant* | | |

RECEIVED
U.S. MARSHAL
RAPID CITY, SD
2018 AUG -3 PM 2:23

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Brittany Babiuk__,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ' Superseding Indictment  ' Information  ' Superseding Information  ✓ Complaint

☐ Probation Violation Petition  ' Supervised Release Violation Petition  ' Violation Notice  ' Order of the Court

This offense is briefly described as follows:

On or about [date], 2017, near [town], in the District of South Dakota, the defendant, [name], [offense conduct], all in violation of .

Date: __8-3-18__

_____
*Issuing officer's signature*

City and state: __Rapid City, SD__

Daneta Wollmann, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* __8/3/18__, and the person was arrested on *(date)* __8/3/18__
at *(city and state)* _____.

Date: __8-6-18__

_____
*Arresting officer's signature*

Brent Johnson DSM
*Printed name and title*

WHCAP