UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

**FILED**

AUG 1 4 2018



CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-50089 |
| Plaintiff, | <u>REDACTED INDICTMENT</u> |
| vs. | Conspiracy to Distribute Controlled Substance |
| BRITTANY BABIUK, and BETHLEHEM SHAH, | (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)) |
| Defendants. | Possession with Intent to Distribute a Controlled Substance (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)) |

The Grand Jury charges:

## COUNT I

Beginning on a date unknown but no later than on or about July 2018 and continuing through the present, in the District of South Dakota and elsewhere, the defendants, Brittany Babiuk and Bethlehem Shah, knowingly and intentionally combined, conspired, confederated and agreed with other persons known and unknown to the Grand Jury to knowingly and intentionally distribute and to possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A).

## COUNT II

On or about August 1, 2018, in the District of South Dakota, the defendant, Brittany Babiuk, knowingly and intentionally possessed with the

intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

A TRUE BILL:

**NAME REDACTED**

_____
Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By _____