# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

Jeffrey L. Viken  United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - CLR | Court Reporter – Leslie Hicks |
| Courtroom - RC #1 | Date – August 10, 2020 |
| U.S. Probation Officer – Breanna Bass and Shirley L'Esperance | |

5:18-cr-50089-01

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Brittany Babiuk<br><br>Defendant. | Gina Nelson<br><br><br><br><br><br>Paul Eisenbraun |

TIME HEARING SCHEDULED TO BEGIN:  1:30 p.m.

<u>TIME:</u>
| | |
|---|---|
| 1:37 p.m. | Enter non-evidentiary sentencing hearing |
| | Defendant sentenced to 87 months imprisonment; 2 years supervised release; $100 special assessment |
| 2:15 p.m. | Court adjourned |